# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

DEC 21 2012

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD ARDEN LEONARD, | ) | Case No. 1:12-MJ-808 |
| JAMES LEONARD HARRIS, and | ) | |
| RAYMOND FREDERICK GOSS, | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/28/2012 - 11/8/2012__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Device Fraud |

This criminal complaint is based on these facts:
(See attached affidavit)

☒ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Michael P. Ben'Ary / Stacey E. Rohrs

*Complainant's signature*
Officer Thomas Twiname
United States Park Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 21, 2012

City and state: Alexandria, Virginia

/s/Thomas Rawles Jones, Jr.
*Judge's signature*
Honorable T. Rawles Jones, Jr.
United States Magistrate Judge
*Printed name and title*