IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DEC 2 1 2012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-MJ-808 |
| | ) | |
| RICHARD ARDEN LEONARD, | ) | |
| JAMES LEONARD HARRIS, and | ) | |
| RAYMOND FREDERICK GOSS, | ) | |
| Defendants. | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas Twiname, being duly sworn, depose and state as follows:

**A.      Introduction and Agent Background**

1.      I am a sworn law enforcement officer for the United States Park Police, and have been so employed since January 2009.

2.      I am currently assigned to the West District Power Squad and enforce various federal, state, and local laws and regulations.  I have received training from the Federal Law Enforcement Training Center as well as a variety of other sources in the investigation of criminal activity.

3.      This affidavit is submitted in support of a criminal complaint charging RICHARD ARDEN LEONARD, JAMES LEONARD HARRIS, and RAYMOND FREDERICK GOSS with Conspiracy to Commit Access Device Fraud, in violation of Title 18 of the United States Code, Section 1029(b)(2).  This affidavit is also in support of arrest warrants.

4.      The facts and information contained in this affidavit are based upon my training and experience, personal knowledge and observations made during the course of this

1

investigation, information conveyed to me by other law enforcement and government officials, and my review of records, documents, and other physical evidence obtained during this investigation. This affidavit is not intended to include every fact observed by me or known to the Government, but only those necessary to support a finding of probable cause.

**B.    Theft from Vehicle at Chesapeake and Ohio Canal Park on September 28, 2012**

5.    On or about September 28, 2012, I received information regarding a theft from an automobile that occurred at the Wide Water parking lot of the Chesapeake and Ohio Canal National Park, located in Potomac, Maryland. The victims reported that at approximately 12:45 p.m., the right front passenger window of the vehicle was broken, and the vehicle was entered. According to the victim, several items were stolen from the vehicle, including five credit cards, two Apple I-Phone 4 cell phones and accessories, jewelry, a Virginia driver's license in the name of A.A., a black Arcteryx-brand rain jacket, an orange Gerber knife, and other miscellaneous clothing items.

6.    According to the victim, the credit cards stolen from the vehicle included: a MasterCard in the name of C.L. and bearing an account number ending in 8491; a MasterCard in the name of C.L. and bearing an account number ending in 8062. The victim also provided the location where transactions were made with the credit cards, after the credit cards had been stolen.

7.    On or about September 28, 2012, a transaction occurred at a 7-11 store located at 2311 South 2nd Street, Arlington, Virginia, within the Eastern District of Virginia, using the credit card in the name of C.L. bearing an account number ending in 8491. The transaction occurred at approximately 3:31 p.m. and totaled $123.85. The transaction was a purchase for beer and cigarettes.

2

8.     The security footage reflects that the individual who used the stolen credit card was a white male, with brown hair balding on the crown of his head with a receding hair line, a brown mustache, black frame glasses, approximately 5'9" to 5'11" and weighing approximately 230 to 250 pounds.  The security footage also reflects that the individual who used the stolen credit card was accompanied by a black male, who had a shaved head, chinstrap beard and goatee, approximately 5'8", and weighed approximately 180 to 195 pounds.  The security footage reflects that prior to entering the 7-11 store, the white male exited the front passenger seat of a red Pontiac Aztek with grey duct tape on the passenger side view mirror, and the black male exited the rear passenger seat of the same vehicle.  The two men entered the 7-11 store together and then separated after they both entered the store.  The security footage reflects that both men exited the 7-11 store at approximately the same time and entered the same red Pontiac Aztek.

9.     On or about September 28, 2012, at approximately 3:04 p.m., a purchase was also made at a CVS store located at 4859 MacArthur Boulevard Northwest in the District of Columbia with the credit card in the name of C.L., bearing an account number ending in 8062. The transaction amount was $72.55.  Security footage reflects that a white male, with brown hair balding with a receding hairline, a brown mustache, approximately mid- to late-thirties, 230 to 250 pounds, approximately 5'9" to 5'11" with black framed eye glasses, wearing a dark colored T-Shirt, Khaki Shorts, white calf high socks and white shoes, was at the CVS at approximately 3:05 p.m.  I identified this individual as the same white male seen in security footage at the 7-11 store location in Arlington, Virginia.  Security footage also reflects that the white male was accompanied in the CVS store by the same black male seen in security footage at the 7-11 store where the stolen credit card was used.

3

10.     On or about October 10, 2012, I received information that the Arlington County Police Department had previously been involved in an investigation regarding the use of a Pontiac Aztek in connection with a robbery in Arlington County. I contacted the Arlington Police Department and was provided information concerning a vehicle registered to an individual who had previously been contacted by the Arlington County Police Department. The vehicle was a red Pontiac Aztek bearing Virginia registration XFL9831 (hereinafter "Aztek"). The registered owner of the Aztek was identified as RICHARD ARDEN LEONARD (hereinafter "LEONARD"), residing at 2006 Columbia Pike, Apartment number 7, Arlington, Virginia 22204.

11.     On or about October 10, 2012, I observed the Aztek in the parking lot of the Dorchester apartment building located at 2006 Columbia Pike, Arlington, Virginia (hereinafter "Dorchester apartment"). I observed that the Aztek had grey colored duct tape holding the right passenger side view mirror on the vehicle. At approximately 8:25 p.m., I observed two males exit the common door for the building labeled "2006," and enter the Aztek. I identified the individual that entered the passenger seat of the Aztek as matching the description of the white male observed on security footage at both the CVS and 7-11 stores on or about September 28, 2012. The individual that entered the driver's side of the vehicle was identified as LEONARD from his driver's license photograph.

12.     On or about October 11, 2012, at approximately 7:13 p.m., I observed the Aztek enter and park in the parking lot of the Dorchester apartment. I observed LEONARD exit the Aztek and enter the building labeled "2006" through the common door. At approximately 9:06 p.m., I observed LEONARD exit the building carrying a brown plastic bag and throw it in the dumpster located in the parking lot of the Dorchester apartment. I continued to monitor the

4

dumpster and did not observe anyone else discard any trash after LEONARD. At approximately 9:50 p.m., I recovered the brown plastic bag from the dumpster. I later recovered a white bracelet bearing the name "Harris, James L." from inside the brown plastic bag.

13.     On or about October 20, 2012 at approximately 2:14 p.m., I observed the Aztek enter the parking lot of the Dorchester apartment. I observed a white male exit the passenger seat of the Aztek and enter the common door for the building labeled "2006." I identified the white male as the same male observed on security footage September 28, 2012 at the CVS store in Washington, District of Columbia and the 7-11 store in Arlington, Virginia using a stolen credit card. At approximately 2:16 p.m. the same white male exited the building labeled "2006" and got back into the front passenger seat of the Aztek.

C.     **Theft from Vehicle at Great Falls Park on October 24, 2012**

14.     On or about October 24, 2012, I received information regarding a theft from an automobile that occurred in the parking lot at Great Falls Park located in Potomac, Maryland. The victim reported entry to the vehicle was made through the driver's side rear window that was broken. I later received information that the victim reported several items stolen to include the following: a Visa credit card in the name of B.S. bearing an account number ending in 5053; Visa credit card in the name of B.S. bearing an account number ending in 6864; MasterCard in the name of B.S. bearing an account number ending in 9346; stainless steel colored Michael Kors watch with a light colored face; cream colored Marc Jacobs leather purse; brown and tan colored canvas Coach wallet; black Coach shoulder bag; a yellow vinyl purse; black and white lunch bag; bronze colored Skagen sunglasses with a black hard case; a blue and white Envio sack; a black Envio sack bearing the words Peace, Love, Happiness; and a Coral colored Naartjie girls' size six dress.

15.    On or about October 25, 2012, at approximately 5:28 p.m., I observed LEONARD and another white male exit the common door to the building labeled "2006". The unidentified white male matched the description of the white male seen on security footage on September 28, 2012 at the CVS store in Washington, District of Columbia and the 7-11 store in Arlington, VA using a stolen credit card. LEONARD entered the driver's seat of the Aztek and the white male entered the passenger's seat.

**D.    Theft from Vehicle at Theodore Roosevelt Island National Park on October 26, 2012**

16.    On or about October 26, 2012, I received information that between 9:30 a.m. and 10:24 a.m., a theft from an automobile occurred in the parking lot of the Theodore Roosevelt Island National Park parking lot, within the Eastern District of Virginia, and that a woman's black linen bag was stolen from the vehicle. I later learned that entry to the vehicle was obtained by breaking the driver's side window. The items that were stolen included the following: a black linen purse, a multi-colored cloth wallet, three credit cards, one debit card, an Apple I-Pod touch in a green case with Apple accessories, a blue Zip camera, and other personal items.

17.    On or about October 26, 2012 at approximately 12:30 p.m., I responded to the Theodore Roosevelt Island National Park after receiving information that the Aztek was observed in the parking lot. Upon arrival, I observed three individuals in the park who were speaking with United States Park Police officers. I identified two of the individuals, a white male and a black male, as the same two individuals depicted in the security footage of the 7-11 store in Arlington, Virginia and the CVS store in Washington, District of Columbia, at the time that stolen credit cards were used on or about September 28, 2012.

6

## E.   Identification of Defendants

18.   I approached the three individuals and asked for their names.  The individuals identified themselves as LEONARD, JAMES LEONARD HARRIS (hereinafter "HARRIS"), and RAYMOND FREDERICK GOSS (hereinafter "GOSS").  The individual identified as HARRIS matched the description of the white male depicted in the security footage.  The individual identified as GOSS matched the description of the black male depicted in the security footage.  The group stated that they had come to the park together.  LEONARD claimed ownership of the Aztek.

19.   All three individuals consented to a search of their person.  The search of GOSS revealed that he was carrying a pair of white and gray work gloves, and a tool containing a window punch and seat belt cutter.  Based on my training an experience, I know that a window punch is a tool commonly used for breaking car windows.

20.   I observed through the windows of the Aztek that there were several black bags inside; including what appeared to be a woman's purse.  Other officers observed what appeared to be Apple product accessories inside the vehicle.

21.   On October 26, 2012, the United States Park Police seized the vehicle and impounded the vehicle to a secure lot.

22.   On or about October 26, 2012, at approximately 3:28 p.m., I received information that HARRIS was observed entering the Dorchester apartment building.  At approximately 4:39 p.m., LEONARD was also observed entering the Dorchester apartment building.  At approximately 4:59 p.m., I received information that LEONARD and GOSS were observed exiting the Dorchester apartment building.  At approximately 5:18 p.m., I received information that LEONARD and GOSS entered the Dorchester apartment building together.

23.    On or about October 27, 2012 I received information regarding transaction receipts and security footage that were obtained from a CVS store located at 2601 Columbia Pike, Arlington, Virginia, within the Eastern District of Virginia, regarding purchases made on October 24, 2012 with stolen credit cards.   An individual matching GOSS's description attempted to make a purchase at 5:28 p.m. for $47.33 with a credit card in the name of B.S. bearing account number ending in 5053, however, this transaction was declined.  GOSS then handed his item to LEONARD.  At approximately 5:29 p.m. LEONARD made a purchase for $122.48 with a credit card in the name of B.S. bearing account number ending in 9346.  The purchase included Monistat 3 TRPL ACT, Clorox ULT bleach, and two boxes of Newport 100 cigarettes.  At approximately 5:31 p.m. HARRIS made a purchase of Newport BX MN 100 for $49.70 with a credit card in the name of B.S bearing account number ending in 6864.  The cards used by GOSS, LEONARD, and HARRIS at this location were all reported stolen from Great Falls Park Maryland on October 24, 2012.

24.    On or about October 27, 2012, I received information regarding the use of the credit card in the name of B.S. bearing account number ending in 9346 at a 7-11 store located at 3003 Columbia Pike, Arlington, Virginia, within the Eastern District of Virginia, on October 24, 2012.  At approximately 5:53 p.m., GOSS is observed in security footage exiting the Azetk and entering the store.  GOSS then made a purchase of a banana and a cigarettes, totaling $51.35. GOSS then made a second purchase of a box of Newport 100 cigarettes totaling $50.64.  After completing the transactions GOSS exited the store.

**F.**     **Execution of Search Warrant on the Aztek**

25.     On or about October 31, 2012, at approximately 4:02 p.m., United States Park Police officers executed a search warrant at the United States Park Police District Two station on the Aztek.  Several items were recovered from the vehicle, including two window punches, two claw-type hammers, a new blue and gray Kobalt bolt cutter in package, several glass smoking devices containing a metal wire brush, one silver and bronze colored bullet bearing the letters 9mm Luger FC, a package of Scooby Snax-brand watermelon potpourri, a cream colored Marc Jacobs leather purse matching the description of the bag reported stolen on October 24, 2012, a black Coach purse matching the description of a purse reported stolen on October 24, 2012, and a white and black backpack.  Inside the backpack were paperwork labeled "Goss 22," a silver colored Michael Kors watch matching the description of the watch reported stolen on October 24, 2012, and a black and orange Gerber knife.

26.     On or about October 31, 2012, I received information regarding purchases made on October 24, 2012 with the credit card ending in the name of B.S. bearing account number ending in 9346 at a Lowes store located at 10440 Campus Way So., Upper Marlboro, Maryland. Security footage reflects that at approximately 9:38 p.m. GOSS made a purchase using the stolen credit card totaling $22.77 for 18" blue Kobalt Bolt Cutters and Welch's Fruit Snacks.  The Kobalt Bolt Cutters matched the description of the Kobalt Bolt Cutters recovered from the Aztek.  GOSS walked out of the area and returned minutes later accompanied by LEONARD. GOSS made a second purchase with the same stolen credit card totaling $348.74 for a DeWalt 2 Tool XRP Combo Kit.  During the second purchase LEONARD was holding the Kobalt Bolt Cutters that GOSS purchased.

27.    On or about November 2, 2012, B.S., the victim of the October 24, 2012 Great Falls Park vehicle theft responded to the United States Park Police District Two station. B.S. was shown photographs of items recovered from the search of the Aztek. B.S. positively identified the silver colored Michael Kors watch, the cream colored Marc Jacobs leather purse, the black Coach purse, the yellow vinyl wallet and contents, and a blue sweater. B.S. advised that she had not given LEONARD, HARRIS, or GOSS permission to possess these items.

28.    On or about November 2, 2012, I received information regarding purchases made on October 24, 2012 with a stolen credit card ending in the name of B.S. bearing account number ending in 5053 at a CVS store located at 1201 Hayes St., Arlington, VA, in the Eastern District of Virginia. Security footage reflects that GOSS and HARRIS entered the store together and proceeded to one of the counters in the store. GOSS went to the counter and HARRIS stood in the area. At approximately 5:07 p.m., GOSS used the credit card to make a purchase totaling $49.70 for a box of Newport 100 cigarettes. LEAONARD is seen in security footage standing near the store entrance during this transaction. After the transaction GOSS and HARRIS walked through the store and went to another counter. LEONARD then enters the store. GOSS then used the same card to make a purchase totaling $99.39 for two boxes of Newport 100 cigarettes. During this transaction HARRIS stood behind GOSS. LEONARD was then observed exiting the store followed by HARRIS and GOSS. LEONARD, HARRIS, and GOSS walked away from the store together.

29.    On or about November 2, 2012, I received information regarding a purchase made on October 24, 2012 with a stolen credit card ending in the name of B.S. bearing account number ending in 9346 at Papillon Cycles located at 2809 Columbia Pike, Arlington, VA, in the Eastern District of Virginia. Employees at the store were able to provide receipt transactions for a

purchase totaling $551.25 for a Giant Roam 3 bicycle bearing the frame serial number C62L0546. A store employee described the person that made the purchase as a black male, in his late forties, approximately 5'8", weighing approximately 175lbs, wearing a dark colored jacket.

30.     On November 3, 2012 the victim from the theft from automobile that occurred on September 28, 2012 at the Wide Water parking area came to the United States Park Police District Two Station to identify property. The victim positively identified the black and orange Gerber knife recovered from the red Pontiac Aztek during the execution of the search warrant.

31.     On November 8, 2012 a search warrant was executed on LEONARD's residence at 2006 Columbia Pike, Apartment 7, Arlington, VA. An owner's manual for a Giant bicycle with a sticker on the front cover bearing the frame number C62L0546 was found within the residence.

32.     According to my calculations, the total value of the fraudulent purchases made by LEONARD, HARRIS, and GOSS in the course of the conspiracy is approximately $1589.75.

## G.   Conclusion

33.    Based on the foregoing, I submit that there is probable cause to believe that on September 28, 2012 and continuing through at least November 8, 2012 in the Eastern District of Virginia and elsewhere, RICHARD ARDEN LEONARD, JAMES LEONARD HARRIS, RAYMOND FREDRICK GOSS conspired to commit access device fraud, in violation of Title 18 of the United States Code, Section 1029(b)(2).

The above information is true and correct to the best of my knowledge.

_____
Officer Thomas Twiname
United States Park Police

Subscribed and sworn to before me this 21st day of December, 2012.

/s/Thomas Rawles Jones, Jr.
_____
Honorable T. Rawles Jones, Jr.
United States Magistrate Judge

12