UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

vs.

Richard Leonard

**DEFENDANT(S)**

JUDGE: IVAN D. DAVIS
CASE NO.: 12mj808
HEARING: PH / DH
DATE: Jan. 4, 2013
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: KATE TOTH

COUNSEL FOR UNITED STATES: Stacey Rohes
COUNSEL FOR DEFENDANT: Whitney Minter
INTERPRETER: _____ LANGUAGE: _____

(✓) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT                          ( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT TO APPOINT COUNSEL                   ( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
(✓) COURT FINDS PROBABLE CAUSE
(✓) U.S. REQUESTS DETENTION (✓) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
(✓) DEFT. ( ) REMANDED (✓) DETAINED       ( ) DEFT. CONTINUED ON BOND/PROBATION

**CONDITIONS OF RELEASE:**
($           ) UNSECURED ($           ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

(✓) GOVT ADDUCED EVIDENCE & RESTS (✓) EXHIBITS: #1 affidavit ✓

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

- USA calls witness; Agent ids Δ and adopts affidavit as part of testimony; Cross exam. No redirect
- Δ requests for release

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:**
_____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE _____

(✓) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS