Date: 1/25/13        Judge: Hilton        Reporter: Westfall
Time: 9:00 to 9:05                        Interpreter:
                                          Language:
                                          Update Deadlines:
UNITED STATES of AMERICA                  Prob. Copies:
          Vs.                             PTS Copies:
                                          AUSA Copes:

Richard Arden Leonard        1:13CR00038
Defendant's Name             Case Number

Shannon Quill                Michael Ben'Ary and Stacey Rohrs
Counsel for Defendant        Counsel for Government

Matter called for:
( ) Motions            ( ) Setting Trial Date    ( ) Change of Plea Hrg.   ( ) Rule 35
(✓) Arraignment        ( ) Appeal from USMC       ( ) Sentencing            ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.             ( ) Pre-Indictment Plea   ( ) Other:

Defendant appeared:    (✓) in person           ( ) failed to appear
                       (✓) with Counsel        ( ) without counsel        ( ) through counsel

Filed in open court:
( ) Criminal Information   ( ) Plea Agreement   ( ) Statement of Facts   ( ) Waiver of Indictment   ( ) Discovery Order

Arraignment & Plea:
(✓) WFA   ( ) FA   ( ) PG   (✓) PNG   Trial by Jury:   (✓) Demanded   ( ) Waived

20 Days to file Motions with Argument on 3/15/13 at 9:00
Defendant entered Plea of Guilty as to Count(s) _____   Plea Accepted ( )
Motion for Dismissal of Count(s) _____   ( ) by U.S.   ( ) by Deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI:   ( ) Yes   ( ) No
Case continued to 3/26/13 at 10:00 for:   (✓) Jury Trial   ( ) Bench Trial   ( ) Sentencing

Rule 35:
US' Rule 35 motion for reduction of sentence   ( ) Granted   ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____.

Probation/Supervised Release Hrg:
Defendant   ( ) Admits   ( ) Denies violation of the conditions of probation/supervised release;
Court:   ( ) finds   ( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: _____ Months;   ( ) Supervised Release terminated

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____   ( ) Unsecured     ( ) Surety              ( ) Personal Recognizance
( ) Release Order Entered   (✓) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is:   (✓) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance

8/10

Email: